UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FUNZIO, INC.; FUNZIO USA, INC.; AND GREE INTERNATIONAL, INC.,<br><br>    Defendants. | Case No. 3:13-cv-03089-RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR FUNZIO TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY FEES |

Before the Court is the stipulated request of Plaintiff Gametek LLC n/k/a GT Gaming and Defendants Funzio, Inc., Funzio USA, Inc., and GREE International, Inc. (collectively, "Funzio") to extend the time for Funzio to file a bill of costs and motion for attorney fees.  Having considered the request and the accompanying declaration,

**THE COURT ORDERS AS FOLLOWS:**

The time for Funzio to file a bill of costs and motion for attorney fees is extended to Monday, June 30, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/9/14

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California