John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Stephen F. Schlather (admitted *pro hac vice*)
sschlather@cepiplaw.com
Shea Palavan (admitted *pro hac vice*)
spalavan@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorneys for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FUNZIO, INC., FUNZIO USA, INC., and GREE INTERNATIONAL, INC.,<br><br>    Defendants. | Case No.: 3:13-cv-03089-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GAMETEK LLC'S UNOPPOSED MOTION TO CHANGE THE TIME OF HEARING ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

1  Plaintiff GT Gaming LLC's (formerly known as "Gametek LLC") Unopposed Motion to
2  Change the Time of Hearing on Defendants' Motion for Attorney's Fees came before this Court, the
3  Honorable Richard Seeborg presiding.

4  Having considered the motion and for good cause shown,

5  **THE COURT ORDERS AS FOLLOWS:**

6  Plaintiff's Unopposed Motion to Change the Time of Hearing on Defendants' Motion for
7  Attorney's Fees is **GRANTED**. The hearing on Defendants', Funzio, Inc., Funzio USA, Inc. and
8  Gree International, Inc., Motion for Judgment on the Attorney's Fees is hereby continued from
9  August 7, 2014 to August 28, 2014 at 1:30 p.m.

10  **IT IS SO ORDERED**

DATED:  7/1/14

The Honorable Richard Seeborg
United States District Judge
Northern District of California